UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CASE NO. 21-14028-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SAMUEL JAVIER SALGADO**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 30]. On November 8, 2021, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 29] during which Defendant pled guilty to Counts One and Two of the Information [ECF No. 14] pursuant to a written plea agreement and factual proffer [ECF Nos. 26 and 27]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts One and Two, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts One and Two [ECF No. 30]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Samuel Javier Salgado as to Counts One and Two of the Information is **ACCEPTED**;

CASE NO. 21-14028-CR-CANNON

3. Defendant Samuel Javier Salgado is adjudicated guilty of Counts One and Two of the Information. Count One charges Defendant with dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A). Count Two charges Defendant with false statement in required information kept by a firearms dealer in violation of 18 U.S.C. § 924(a)(1)(A).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of November 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record