UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-14028-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

SAMUEL JAVIER SALGADO,

                 **Defendant.**
_____/

## UNITED STATES' SENTENCING MEMORANDUM

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and hereby submits its Sentencing Memorandum in the above-referenced matter.

## BACKGROUND

On June 15, 2021, United States Magistrate Judge William Matthewman issued a criminal complaint charging the defendant with one count of dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A) and one count of false statement in required information kept by a firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A).

On June 25, 2021, the defendant turned himself in on the complaint to members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

On August 3, 2021, the United States charged the defendant by information with one count of dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A) and one count of false statement in required information kept by a firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A).

1

On November 8, 2021, the defendant pled guilty to counts one and two of the information, as charged.

The defendant's sentencing is scheduled for April 25, 2022. According to the Presentence Investigation Report ("PSI"), the defendant has a total offense level of 31 and criminal history category of I, which yields an advisory sentencing guideline range of 108 – 135 months. (PSI at ¶¶ 31, 73, 103). However, because the maximum consecutive penalty as to counts one and two is ten years, the guideline range is 108 – 120 months.[1]

## ANALYSIS

### *Nature and Circumstances of the Offense*

On February 16, 2021, ATF Special Agent Smith received several multiple sale reports regarding the purchase of firearms by Salgado (PSI ¶ 11). The first multiple sale report came from The Tactical Store, located at 6672 S US HWY 1, Port St. Lucie, St. Lucie County, Florida. On December 12, 2020, according to the multiple sale report, Salgado purchased the following five (5) firearms (handguns):

- Smith & Wesson, SD9, 9mm, serial number FCW6788;
- Smith & Wesson, M&P M2.0 Compact, 9mm, serial number NHY4135;
- Glock, G19, 9mm, serial number BNNE864;
- Glock, G26, 9mm, serial number BMXV737; and

---

[1] On April 21, 2022, the government filed an objection to PSI paragraph 62, which provides for a four-level enhancement if the defendant possessed a firearm while leaving or attempting to leave the United States, or possessed or transferred any firearm or ammunition with knowledge, intent, or reason to believe that it would be transported out of the United States. The government objected on the basis that it does not have information that it is prepared to present at sentencing that supports such a finding. If the Court grants the government's objection, the guideline sentencing range would be 70-87 months.

- Glock, G26, 9mm, serial number BFNX050 (PSI ¶ 12).

On February 16, 2021, SA Smith interviewed K.D., the manager of The Tactical Store. K.D. retrieved several ATF 4473 forms for Salgado. The first ATF 4473 form was related to a multiple sale report dated December 12, 2020. The form was filled out with Salgado's name, date of birth, and social security number with the address 1507 SE Royal Green Cir #101, Port St. Lucie, Florida. The first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". The form also indicated that the firearms were sold at the Patriot Productions Gun Show in Fort Pierce, Florida. The transferor was B.D., on behalf of The Tactical Store (PSI ¶ 13).

K.D. provided a corresponding customer receipt for the December 12, 2020 purchase, described above. The receipt showed that Salgado paid $3,076.22 in cash for the firearms. K.D. stated that she spoke to Salgado and stated that because he frequents The Tactical Store often, the employees at the business also know him. K.D. indicated that Salgado always pays cash for his firearms, claiming to be some type of businessman. Salgado claimed that he was purchasing firearms as gifts for family members (PSI ¶ 14).

K.D. continued to provide additional firearm transaction reports (ATF 4473 form) with Salgado as the buyer. According to these ATF 4473 forms, on December 3, 2020, Salgado purchased a Windham Weaponry R20 Rifle, 5.56 serial number WW263569 (PSI ¶ 15).

SA Smith reviewed the December 3, 2020, ATF 4473 form for the transactions and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". K.D. provided a corresponding customer receipt for the purchase. The receipt showed that Salgado paid $1,000.53 in cash for the above firearm (PSI ¶ 16).

3

According to the additional ATF 4473 forms provided by K.D., on December 9, 2020, Salgado purchased a Smith & Wesson M&P Sport 22, .22 caliber rifle, serial number JAS2221. SA Smith reviewed the December 9, 2020, ATF 4473 form for the transactions and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". K.D. provided a corresponding customer receipt for the purchase. The receipt showed that Salgado paid $541.49 in cash for the above firearm (PSI ¶ 17-18).

Additionally, according to the ATF 4473 forms provided by K.D., on December 29, 2020, Salgado purchased the following four (4) firearms:

- Del-Ton DT Sport rifle, 5.56, serial number B66367;
- Radical Firearms RF-15 rifle, 5.56, serial number 20-058169;
- Radical Firearms RF-15 rifle, 7.62X39, serial number 20-049132; and
- Pioneer Arms Hell Pup pistol, 7.62X39, serial number PAC1139359 (PSI ¶ 19).

SA Smith reviewed the December 29, 2020, ATF 4473 form for the transactions and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". K.D. provided a corresponding customer receipt for the purchase. The receipt showed that Salgado paid $3,537.46 in cash for the above firearms (PSI ¶ 20).

According to the ATF 4473 forms provided by K.D., on January 19, 2021, Salgado purchased the following three (3) firearms:

- Pioneer Arms Rifle, Sporter, 7.62X39mm, serial number PAC1143397;

- Glock handgun, G19, 9mm, serial number GRNR425; and

- Del-Ton Inc Rifle, Sierra, 5.56mm, serial number B68596 (PSI ¶ 21).

SA Smith reviewed the January 19, 2021, ATF 4473 form for the transactions and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". K.D. provided a corresponding customer receipt for the purchase. The receipt showed that Salgado paid $2,781.97 in cash for the above firearms (PSI ¶ 22)..

According to The Tactical Store ATF 4473 forms, on February 2, 2021, Salgado purchased the following three (3) firearms:

- Pioneer Arms, Hellpup handgun, 7.62X39mm, serial number PAC11415411;

- Rock River Arms Rifle, LAR-15, 5.56mm, serial number CM62429; and

- CZ Scorpion, 9mm handgun, serial number E018794 (PSI ¶ 23).

SA Smith reviewed the ATF 4473 form for the February 2, 2021 transaction and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no" (PSI ¶ 24).

According to The Tactical Store ATF 4473 forms, on February 16, 2021, Salgado purchased the following two (2) firearms:

- Glock, 9mm, serial number BNYK159; and

- Century Arms Rifle, 7.62X39, serial number SV7047461 (PSI ¶ 25).

SA Smith reviewed the ATF 4473 form for the February 16, 2021 transaction and noted

the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no". K.D. provided a corresponding customer receipt for the purchase. The receipt showed that Salgado paid $1,399.99 in cash for the above firearms (PSI ¶ 26).

K.D. also provided a customer profile receipt in the name of Salgado, which tracks all purchases made by Salgado at The Tactical Store. The receipt showed that between August 2020 and February 2021, Salgado spent approximately $19,200.00 on firearms, firearm accessories, and firearm document fees (PSI ¶ 27).

On February 16, 2021, SA Smith went to Lotus Gunworks, located at 3558 NW Federal Highway, Jensen Beach, Martin County, Florida, and asked to see the ATF 4473 form related to the multiple sale reported by Lotus Gunworks involving Salgado. On December 12, 2020, according to the multiple sale report, Salgado purchased the following six (6) firearms (handguns):

  a. SCCY Industries, CPX-1, 9mm, serial number C037819;

  b. Glock, G17, 9mm, serial number BRMX029;

  c. Taurus, G2C, 9mm, serial number ABM216621;

  d. Taurus, G2C, 9mm, serial number ABM205458;

  e. Taurus, G2C, 9mm, serial number ABM247580; and

  f. Taurus, G3, 9mm, serial number ABM221193 (PSI ¶ 28).

Lotus Gunworks provided an ATF 4473 form, dated December 12, 2020, which is the same date as one of the transactions at The Tactical Store. SA Smith reviewed the ATF 4473 form and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no".  SA Smith spoke with employee J.A., who stated that he recalled meeting with Salgado on

6

December 12, 2020, a few hours after Salgado left with the above handguns. Salgado came back into the store to return one of the above Taurus G2C handguns, serial number ABM216621. J.A. stated that Salgado seemed confused and lacked knowledge about the firearm. When Salgado went to return the Taurus handgun, he had the wrong box for it (serial number on the box did not match the handgun). Salgado ultimately returned the Taurus handgun in exchange for a Glock, G17, 9mm, serial number BRMX029. The price difference required Salgado pay an additional $324.00 in cash (PSI ¶ 29-30).

On February 16, 2021, SA Smith obtained a multiple sale report from American Defense, an FFL located at 4456 SE Federal Highway, Stuart, Martin County, Florida, for Salgado. According to the multiple sale report, on January 20, 2021, Salgado purchased the following three (3) firearms (handguns):

    a.    Glock, G32, 9mm, serial number BRZN706;

    b.    Smith & Wesson, M&P 9, 9mm, serial number NHM4207; and

    c.    Ruger, Ruger-57, .357, serial number 641-94184 (PSI ¶ 31).

American Defense provided the January 20, 2021, ATF 4473 form showing the above handguns were sold to Salgado. SA Smith reviewed the ATF 4473 form and noted the first question "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)" was answered "yes". The remaining questions were all answered "no" (PSI ¶ 32).

Based on the above multiple sales reports and interviews of FFL employees, Salgado purchased approximately 28 known firearms in cash between December 2020 and February 2021. Most of these firearms are of the same caliber, 9mm, are relatively inexpensive to purchase, and are not the type of firearms a typical collector would purchase (PSI ¶ 33).

On March 16, 2021, ATF Special Agents Fidler and Smith interviewed Salgado. During the interview, Salgado stated he has purchased many firearms and he is a firearm enthusiast, having purchased an estimated fifty firearms since January 2021. Of these, Salgado said that he still possessed approximately three firearms. When asked what he did for a living, Salgado stated that he prepares taxes and has made approximately $13,000 in income so far this year. Later in the interview, Salgado stated he began selling his firearms to J.G., who he met through a mutual friend, D.E. Salgado stated the first sale to J.G. was a Glock handgun that Salgado customized and then sold to J.G. for $2,000.00. Salgado stated he purchased the Glock at a normal retail price, approximately $500 to $600. J.G. paid Salgado cash for the firearm. This is what started his firearm sales to J.G. (PSI ¶ 35)

Salgado estimated he sold close to fifty firearms to J.G., with D.E. acting as a broker on at least one occasion. Salgado stated he also sold multiple AR-15 rifles to J.G., including rifles he built himself from purchased lower receivers. In one instance, Salgado admitted to selling three hand-built AR-15 rifles for $1,500 per rifle within approximately two days and one AR-15 rifle for $1,700 approximately four days before that. Salgado also admitted to purchasing four Taurus handguns, selling two to J.G., giving one away as a gift, and returning the fourth because he did not want it. Salgado admitted that he no longer possessed any AR-15 rifles (PSI ¶ 36).

During the interview, Salgado stated that out of all of the purchases he has made, he possesses a shotgun and a Glock handgun. He also stated that he gave a Taurus handgun to his uncle as a gift. The remaining firearms he discussed were sold to J.G. or D.E. When pressed, Salgado admitted that he purchased the firearms, knowing that D.E. and J.G. would eventually come to him to purchase the firearms. He also admitted that he gave people guns because they told him they would "give him on the back end" and it was part of his mentality as a businessperson

(PSI ¶ 38).   Finally, Salgado admitted someone requested a gun with a Louis Vuitton design (PSI ¶ 39).

After the interview, SA Smith followed up with Tactical Life LLC, an FFL dealer. Tactical Life LLC provided an ATF 4473 form indicating that Salgado purchased five (5) firearms, on February 1, 2021, which included:

a. Tactical Life TL-15 5.56 caliber handgun, serial # TLR-01683;

b. Tactical Life LLC TL-15, AR-15 lower receiver, serial # TLR-01632;

c. Tactical Life LLC TL-15, AR-15 lower receiver, serial # TLR-01629;

d. CZ Scorpion EVO 3S1 handgun, 9mm, serial # E032661; and

e. Springfield Armory Saint, rifle, 5.56 caliber, serial#ST355947 (PSI ¶ 40).

Salgado's purchase of the above Springfield Armory Saint rifle and AR-15 lower receivers are consistent with Salgado's statements that he sold both hand-built and manufactured AR-15 style rifles to J.G. (PSI ¶ 41).

SA Smith also followed up with The Tactical Store and interviewed T.A. who worked at The Tactical Store until June 2021 and who remembered Salgado.  T.A. explained that Salgado frequently came to The Tactical Store looking to purchase firearms, that he always paid cash, and in one instance he came in with two other Hispanic males.  T.A. went on to say that Salgado occasionally purchased customized entry level handguns, recalling that Salgado once ordered and purchased a Glock with customized "Louis Vuitton" engraving. T.A. remembered this because she was the only one who did engravings at the time and Salgado specifically called and asked her about the status of the engraving.   T.A. also stated that Salgado called her around Christmas, 2020 and asked if she knew anyone selling firearms because he wanted to buy some. Salgado offered to pay T.A. a $200.00 finder's fee for brokering the deals (PSI ¶ 42-43).

The above listed purchases that coincide with ATF 4473 forms list some, but not all of the known firearms purchased by Salgado and sold to J.G. and D.E. There is no database that will show every firearm purchased by Salgado because most of these purchases were discovered through multiple sale reports, which are only triggered under specific circumstances (PSI ¶ 44).

ATF investigator Mark Pawielski reviewed the ATF firearms licensing database which tracks the licensure of FFL holders. That search confirmed that as of May 25, 2021, Salgado was not an FFL holder or a "responsible person of an FFL." The search also confirmed that Salgado was never an FFL holder or a "responsible person of an FFL." (PSI ¶ 45).

Salgado engaged in a repeated pattern of conduct designed to profit from selling firearms to people he knew or should have known were not lawfully allowed to purchase or possess firearms (PSI ¶ 46-47).

**The nature and circumstances of the present offenses justify a sentence at the low end of the sentencing guideline range.** The act of reselling firearms is inherently dangerous, as it impedes the efforts of the federal government to ensure that convicted felons, individuals with a history of violence, or individuals with mental health issues do not possess firearms. The defendant consciously ignored the protections in place to prevent such people from possessing firearms. He placed greed before the lives of those who lived in his community and who lived in the Southern District of Florida.

The defendant sold numerous firearms, some of which accepted large capacity magazines. It is also clear, based on the defendant's repeated sale of firearms and the type of firearms he sold, that his "customers" were could not lawfully possess firearms. Specifically, the defendant purchased and resold commonly available, affordable firearms, such as three Taurus, model G2C 9mm handguns and seven Glock 9mm handguns of varying models. In at least one instance, the

defendant sold a firearm for more than double the retail price, demonstrating that these transactions were abnormal and would lead a reasonable person to conclude that the purchasers could not lawfully possess firearms. In total the defendant spent approximately $40,000 on firearms during the scheme, including approximately $20,000 at one firearms dealer, which is further evidence of his intent to engage in the business of dealing in firearms without a license.

### *The Need for the Sentence to Reflect the Seriousness of the Offense, Promote Respect for the Law, Provide Just Punishment for the Offense, Afford Adequate Deterrence, and Protect the Public from Further Crimes of the Defendant*

The defendant bought and resold over 30 firearms within a three-month period, viewing himself as a businessperson. He repeatedly lied on ATF 4473 forms, certifying that he was the actual buyer/transferee of the firearms, knowing that he was purchasing the firearms for the express purpose of resale. The guidelines are very precise in defining the severity and penalty for such conduct, penalizing both the type and volume of firearms sold. In this case, the guidelines correctly account for the defendant's offense conduct, and do not overstate the seriousness of his offense. Therefore, a guideline sentence is necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, afford adequate deterrence, and protect the public from further crimes.

## CONCLUSION

Based on the foregoing, the United States respectfully requests the Court to sentence the defendant at the low end of the sentencing guideline range.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  **/s/Christopher H. Hudock**
Christopher H. Hudock
Assistant United States Attorney
Florida Bar# 92454
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida 34950
Telephone: (772) 293-0951
Email:Christopher.hudock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

*/s/ Christopher H. Hudock*
Christopher H. Hudock
Assistant United States Attorney